# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 84 MM 2015
:
Respondent :
:
:
:
:
v. :
:
:
:
FREDERICK JOHN DAVIS, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of July, 2015, the Petition for Leave to File Appeal *Nunc Pro Tunc* is **DENIED**.